# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152128(18)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MICHAEL EUGENE GARY,
     Defendant-Appellant.
_____/

SC: 152128
COA: 327537
Kent CC: 14-005495-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time to file a corrected reply is GRANTED. The corrected reply submitted on October 26, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2015

